BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
CAMERON W. MCALISTER, UTAH STATE BAR NO. 17269
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TARALYNN KATHLEEN BOSCO,<br><br>Defendant. | Case No.<br><br>**INFORMATION**<br><br>18 U.S.C. § 611 |

The United States Attorney charges:

**<u>COUNT ONE</u>**

**Voting by Alien**
**18 U.S.C. § 611**

On or about November 8, 2022, in the District of Idaho, the Defendant, TARALYNN KATHLEEN BOSCO, being an alien and not a citizen of the United States, did knowingly and intentionally vote in the 2022 General Election, which election was held, in whole or in part, for the purpose of electing a federal candidate, in violation of Title 18, United States Code, Section 611.

Dated this 7th day of October, 2026.

BART M. DAVIS
UNITED STATES ATTORNEY
By:

CAMERON W. MCALISTER
Assistant United States Attorney