# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Taralynn Kathleen Bosco** | CASE INFORMATION: |
| JUVENILE: No | RELATED COMPLAINT: |
| PUBLIC or SEALED Public | CASE NUMBER: |
| SERVICE TYPE: Summons (Summons/ Warrant/ Notice) | |
| ISSUE: Yes | County of Offense: Madison |
| INTERPRETER: No | |
| If YES, language: | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Information**

Felony: **No** Class A Misdemeanor: **Yes**

Class B or C Misdemeanor: ______ (Petty Offense)

| **STATUTE** (Title and Section(s)) | **COUNT/ FORFEITURE ALLEGATION** | **BRIEF DESCRIPTION** | **PENALTIES** (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 611** | **ONE** | **Voting by Alien** | **Up to 1 year imprisonment, $100,000.00 fine, and 1 year supervised release** |

Date: October 7, 2026

Assistant U.S. Attorney: CAMERON W. MCALISTER

Telephone No.: (208) 478-4166